# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMAL COOPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-1007 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On February 13, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 39), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that Jamal Cooper's Motion to Vacate, Set Aside, or Correct His Sentence (Doc. No. 1) is DENIED, and this case is DISMISSED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge